IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QATAR INVESTMENT & PROJECTS
DEVELOPMENT HOLDING COMPANY W.L.L.
and HIS HIGHNESS SHEIKH HAMAD BIN
ABDULLAH BIN KHALIFA AL-THANI,

Plaintiffs,

v.

JOHN DOE,

Defendant.

ORDER

17-cv-553-jdp

---

After an October 18, 2017 hearing, the court circulated a proposed preliminary injunction and gave the parties and third parties a deadline to object to the response period in the procedure in the proposed injunction and suggest revisions to the proposed order. *See* Dkt. 39. Non-party Automattic, Inc., suggested three revisions to the proposed order: (1) extend the response period from 24 hours to three business days; (2) require *plaintiffs* to notify the court of a dispute regarding posts plaintiffs believe should be taken down; and (3) direct defendant John Doe to remove the posts, rather than third parties. Dkt. 40.

The court will accept plaintiffs' proposed compromise of a two-business-day response period. Automattic's main complaint about the response period concerned the possibility of it falling on a weekend; changing the response period to include only business days and doubling the length of the period will adequately address Automattic's concerns. The court trusts that plaintiffs' counsel will continue to cooperate with Automattic's counsel on this front. Plaintiffs agree to shoulder the burden of notifying the court of any disputes regarding posts, so the court will accept Automattic's second suggestion. Finally, the court will not direct the preliminary

injunction to only the defendant for the reasons explained at the October 18 hearing and in the court's October 12 order. *See* Dkt. 28.

The court received no other objection to the procedure in the proposed injunction, so it will issue the injunction incorporating the changes discussed above.

Entered October 24, 2017.

                                  BY THE COURT:

                                  /s/

                                  _____
                                  JAMES D. PETERSON
                                  District Judge