IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| QATAR INVESTMENT & PROJECTS DEVELOPMENT HOLDING COMPANY W.L.L. and HIS HIGHNESS SHEIKH HAMAD BIN ABDULLAH BIN KHALIFA AL-THANI, | JUDGMENT IN A CIVIL CASE<br><br>Case No. 17-cv-553-jdp |

Plaintiffs,

v.

JOHN DOE,

Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant John Doe against plaintiffs Qatar Investment & Projects Development Holding Company W.L.L. and His Highness Sheikh Hamad bin Abdullah bin Khalifa Al-Thani dismissing this case for lack of subject matter jurisdiction.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 2/13/2018 |
| Peter Oppeneer, Clerk of Court | Date |